x:/ats52529/Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
MARIA PUELLO,

        Plaintiffs,

 -against-

120 BROADWAY CONDOMINIUM (CONDO #871), 120
BROADWAY HOLDINGS, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, 715
REALTY CO., 80 LAFAYETTE ASSOCIATES, LLC.
ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, ET AL,

        Defendants.
-----------------------------------------------------------------X

**NOTICE OF ADOPTION**

21 MC 102

   PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

   To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
May 16, 2008

*[signature]*

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendant
ANN TAYLOR STORES CORPORATION
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:

THE LAW FIRM OF GREGORY J. CANNATA
Attorneys for Plaintiff
233 Broadway, Floor 5
New York, New York 10279
(212) 553-9206