UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
MARIA PUELLO,

           Plaintiff,

against —

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDINGS.. LLC,
120 BROADWAY PROPERTIES. LLC,
120 BROADWAY, LLC, 715 REALTY CO.,
80 LAFAYETTE ASSOCIATES LLC,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
B.R FRIES & ASSOCIATES, INC.,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BLUE MILLENNIUM REALTY LLC.
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871),
BROOKFIELD FINANCIAL PROPERTIES, INC..
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLD INGS INC.,
CENTURY 21 DEPARTMENT STORES LLC,
CENTURY 21, INC., CITIBANK, NA,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MAYORE ESTATES LLC AND 80 LAFAYETTE
ASSOCIATION LLC AS TENANTS IN COMMON,
MAYORE ESTATES LLC, MERRILL LYNCH & CO.
 INC., MOODY'S HOLDINGS, INC,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,

07CV11294

ANSWER

SILVERSTEIN PROPERTIES., INC.,
STONER AND COMPANY, INC.,
STRUCTURE TONE GLOBAL SERVICES, INC,
STRUCTURE TONE. (UK) INC.,
TOSCORP. INC., TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC., WFP TOWER
A CO. L.P., WFP TOWER A CO., WFP TOWER A
CO. G.P. CORP., WFP TOWER B CO. L.P.
WFP TOWER B CO., G.P. CORP.,
WFP TOWER B HOLDING CO., LP,

                              Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       April 1, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800
                              BY: _____
                                   Heather L. Smar (4622)