x:\tc52597\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
MARIA PUELLO,

         Plaintiffs,

  -against-

120 BROADWAY CONDOMINIUM (CONDO #871), 120 BROADWAY HOLDINGS, LLC, 120 BROADWAY PROPERTIES, LLC, 120 BROADWAY, LLC, 715 REALTY CO., 80 LAFAYETTE ASSOCIATES LLC, ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BLUE MILLENNIUM REALTY LLC, BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871), BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CENTURY 21 DEPARTMENT STORES LLC, CENTURY 21, INC., CITIBANK, NA, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, MAYORE ESTATES LLC, MERRILL LYNCH & CO, INC., MOODY'S HOLDINGS, INC., NOMURA HOLDING

        NOTICE OF
        ADOPTION

        07 CV 11294

AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., SILVERSTEIN PROPERTIES, INC., STONER AND COMPANY, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO. L.P., WFP TOWER A CO., WFP TOWER A. CO. G.P. CORP., WFP TOWER B CO. L.P., WFP TOWER B CO., G.P. CORP., WFP TOWER B HOLDING CO., LP.,

                                        Defendants.
------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      July 25, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600