UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

---

MARIA PUELLO,

                Plaintiffs,

  - against –                      AFFIDAVIT OF PERSONAL SERVICE

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDINGS, LLC,
120 BROADWAY PROPERTIES, LLC,
120 BROADWAY, LLC,
715 REALTY CO.,
80 LAFAYETTE ASSOCIATES LLC,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
B.R. FRIES & ASSOCIATES, INC.,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT,
BLUE MILLENNIUM REALTY LLC,
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871),
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CENTURY 21 DEPARTMENT STORES LLC,
CENTURY 21, INC.,
CITIBANK, NA,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON,
MAYORE ESTATES LLC,

MERRILL LYNCH & CO, INC.,
MOODY'S HOLDINGS, INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
SILVERSTEIN PROPERTIES, INC.,
STONER AND COMPANY, INC.,
STRUCTURE TONE GLOBAL SERVICES, INC,
STRUCTURE TONE, (UK) INC.,
TOSCORP. INC.,
TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER A CO. L.P.,
WFP TOWER A CO.,
WFP TOWER A. CO. G.P. CORP.,
WFP TOWER B CO. L.P.,
WFP TOWER B CO., G.P. CORP.,
WFP TOWER B HOLDING CO., LP,

                    Defendants.

STATE OF NEW YORK    )
                              )
COUNTY OF NEW YORK  )    ss.:

Edward Kostyukovsky, being duly sworn, deposes and says:

        That I am over the age of 18 years, reside in Kings County, New York and am not a party to this action. That I served the **Summons and Complaint** in the above captioned action on:

        **BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A  BMS CAT,**
At:    Methfessel & Werbel
        450 Seventh Avenue
        New York, New York 10123

On:    The 11th of April, 11:55 a.m.

by personally delivering a true copy to **Suzanne Metzger**, a person of suitable age and discretion who identified him/herself as authorized to accept the service of legal documents on behalf of the entity served. Description of person served is as follows:

Sex:     Female  
Color of Skin: White       Approximate Age:     35-45  
Color of Hair: Blond        Approximate Height:  5' 9"  
Color of Eyes: Brown        Approximate Weight: 175  

_____  
Edward Kostyukovsky

Sworn before me this  
11th day of August, 2008  

_____  
Notary Public  

APRIL FARRIOR  
Notary Public, State of New York  
No. 01FA6189633  
Qualified in Kings County  
Commission Expires June 30, 2012