# Affidavit of Process Server

United States District Court - Southern District of New York
(NAME OF COURT)

Maria Puello         -vs-   Envirotech Clean Air, Inc.              07CV11294
PLAINTIFF / PETITIONER       DEFENDANT/ RESPONDENT                   CASE

I declare that I am a Citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected. I was authorized by law to perform said service

**Service:** I served Envirotech Clean Air, Inc.
NAME OF PERSON / ENTITY BEING SERVICED)

with the (documents) Summons and Complaint

by serving  Daniel Greenblatt                    President
            NAME                                 RELATIONSHIP

at ☐ Home
   ☒ Business  10 Spencer St., Stoneham, MA 02180

on March 20, 2008                  at   1:55PM
   DATE                                 TIME

Thereafter copies of the documents were mailed prepaid, first class mail on _____
                                                                          DATE

from _____   _____
     CITY             STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours. copies at the office of the person /entity being served, leaving same with the person apparently in charge thereof
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 14 or older arid explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person / entity being served.

**Non-Service:** After due search careful inquiry and diligent attempts at the address (es) listed above. I have been unable to effect process upon the person / entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading                       ☐ Moved, Left no forwarding        ☐ Other:
☐ Address Does Not Exist  ☐ Service Canceled by Litigant  ☐ Unable to Serve In a Timely Fashion

**Service Attempts:** Service Was attempted on ( ) _____ _____ ( ) _____ _____
                                                 DATE    TIME     DATE    TIME

( ) _____ _____   ( ) _____ _____   ( ) _____ _____
    DATE   TIME         DATE   TIME:        DATE   TIME

**Description:** Age: ___ Sex: ___ Race: ___ Hgt: ___ Wgt: ___ Hair: ___ Glasses: ___

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

March 20, 2008   at Randolph        MA
DATE                CITY            STATE

state of Massachusetts                              _____
county of Norfolk                                        Constable

subscribed and sworn before me, a notary public, this  21st  day of March, 2008

WITNESS MY HAND AND OFFICIAL SEAL TO

My commission expires: ROGER B. WHITCOMB
                        Notary Public
                        Commonwealth of Massachusetts
Note:                   My Commission Expires July 30, 2013

NOTARY PUBLIC
Roger B. Whitcomb