Index # 07 CV 11294

Purchased/Filed:

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Maria Puello                                                    Plaintiff

against

120 Broadway Condominium ( Condo #871 ), 120 Broadway Holdings LLC et al          Defendant

STATE OF NEW YORK ) **DESCRIPTION OF PERSON SERVED:**          Approx. Age:  45 yrs
COUNTY OF ALBANY ) SS
CITY OF ALBANY          )          Weight:  155 Lbs  Height:     5'5   Sex:  Female   Color of skin:   White

Hair color:   Blonde   Other:

Robin Brandow , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on          March 20, 2008          , at   11:20 am , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint                                                    on

Mayore Estates LLC and 80 Lafayette Associates LLC as Tenants in Common          , the

Defendant in this action, by delivering to and leaving with          Donna Christie          ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of          40.          dollars; That said service

was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

20th   day of          March, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin  Brandow

**Invoice•Work Order #** 0805262