# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

In Re: World Trade Center Lower Manhattan Disaster Site Litigation           Case No: 07 CV 11294

Maria Puello
Plaintiff(s)

v

120 Broadway Condominium (Condo # 871), et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Indoor Environmental Technology, Inc.

With the (documents) 2 Copies of Summons and Complaint; and Check in the amount of $50.00 made payable to Delaware Secretary of State

**Person Served:** Karen Charbonneau, Business Agent authorized to accept service

**Service Address:** Delaware Secretary of State, 401 Federal St., Dover, Delaware 19901

Date of Service: March 19, 2008          Time of Service: 2:41 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading             ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Description:** Age: 54  Sex: F  Race: W  Hgt. 5'6"  Wgt: 160  Hair: Blonde  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 20, 2008         at   Wilmington,   Delaware
Date                        City           State

_____
Ontry Patten, Process Server

State of Delaware                      Delaware Attorney Services
County of New Castle                   2000 Pennsylvania Avenue, Suite 207
                                       Wilmington, Delaware 19806

Subscribed and sworn before me, a Notary Public of the State of Delaware on March 20, 2008

Witness My Hand and Official Seal To

_____
Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008