Index # 07 cv 11294

Purchased/Filed: December 17, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Maria Puello                                                    Plaintiff

against

120 Broadway Condominium (Condo #871), Broadway Holdings, LLC; e tal        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age:  45 Yrs.

Weight:  120 Lbs.  Height:   5' 0"   Sex:  Female  Color of skin:   White

Hair color:   Brown   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____April 16, 2008_____, at ____1:20 pm____, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____Summons in a Civil Case & Complaint by Adoption_____ on

_____120 Broadway, LLC_____, the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; That said service

was made pursuant to Section   LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

16th   day of _____April, 2008_____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin  Brandow

**Invoice•Work Order #** 0807335